UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
    Plaintiff §
§    CIVIL ACTION H-08-288
versus §    (CDCS: 2001A81343)
§
TAVIS A. TAYLOR, §
§
    Defendant §

# Default Judgment

Because Tavis A. Taylor failed to answer after being served, the United States of America recovers:

| | |
|---|---|
| Principal Balance: | $ 963.07 |
| Total Interest Accrued (As of June 18, 2008) | $ 928.31 |
| Attorney's Fees | $ 250.00 |
| Administrative fees, costs and penalties | $ 356.71 |
| (Including $350.00 filing fee) | |
| | $2,498.09 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $2,498.09 |

Interest Rate:    8.00%
Daily Accrual:    $0.21

Post-judgment interest at 2.17 % per annum.

Plus costs private process server fees for service of Summons.    $ 77.00
Plus Judgment Recording fee.    $ 18.00

    TOTAL:    $2,593.09

Signed on September 4, 2008, at Houston, Texas.

_____
Lynn N. Hughes    USDJ
United States District Judge